**UNITED STATES of America, Plaintiff–Appellee**

v.

**Larry TAYLOR, Defendant–Appellant.**

No. 08–60806
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

David Harrison Fulcher, U.S. Attorney's Office, Southern District of Mississippi, Jackson, MS, for Plaintiff–Appellee.

Gregory Joseph Weber, Madison, MS, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Larry Taylor has moved for leave to with-

published and is not precedent except under

draw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Taylor has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.